AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

UNITED STATES OF AMERICA
V.
**Duane Anthony Day**

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case Number: **1:20CR01215-001WJ**
USM Number: **77676-051**
Defendant's Attorney: **Allen Franco, Appointed**

**THE DEFENDANT:**

☒ admitted guilt to violations of condition(s) **Standard, Special, Amended Mandatory** of the term of supervision.
☐ was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| ***Violation Number*** | ***Nature of Violation*** | ***Violation Ended*** |
|---|---|---|
| Standard Condition | The defendant failed to comply with U.S. Probation instructions. | 11/18/2025 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 . The Court has considered the United States Sentencing Guidelines and, in arriving at the sentence for this Defendant, has taken account of the Guidelines and their sentencing goals. Specifically, the Court has considered the sentencing range determined by application of the Guidelines and believes that the sentence imposed fully reflects both the Guidelines and each of the factors embodied in 18 U.S.C. § 3553(a). The Court also believes the sentence is reasonable, provides just punishment for the offense and satisfies the need to impose a sentence that is sufficient, but not greater than necessary to satisfy the statutory goals of sentencing.

☐ The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**7119**
Last Four Digits of Defendant's Soc. Sec. No.

**1990**
Defendant's Year of Birth

**Albuquerque, NM**
City and State of Defendant's Residence

**August 5, 2026**
Date of Imposition of Judgment

**/s/ William P. Johnson**
Signature of Judge

**Honorable William P. Johnson**
**Senior United States District Judge**
Name and Title of Judge

**August 25, 2026**
Date

DEFENDANT: **Duane Anthony Day**
CASE NUMBER: **1:20CR01215-001WJ**

## ADDITIONAL VIOLATIONS

| ***Violation Number*** | ***Nature of Violation*** | ***Violation Ended*** |
|---|---|---|
| Special Condition | The defendant failed to report for his drug screens. | 11/12/2025 |
| Amended Mandatory Condition | The defendant committed another federal, state, or local crime. | 03/03/2026 |

DEFENDANT: **Duane Anthony Day**
CASE NUMBER: **1:20CR01215-001WJ**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **8 months**.

**A term of supervised release will not be reimposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at on .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________________________ to

______________________ at ______________________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL